AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

USDC OR Case #3:25-mj-00310

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| CHAUNCEY BILLUPS | ) Case No. | 1:25-cr-00314-JMA-CHK |
| | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* CHAUNCEY BILLUPS ,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Wire fraud conspiracy, 18 U.S.C. 1349
Money laundering conspiracy, 18 U.S.C. 1956(h)

Date: 10/09/2025

*Issuing officer's signature*

City and state: Brooklyn, New York

August Marziliano, Chief Deputy
*Printed name and title*

### Return

This warrant was received on *(date)* 10/21/2025, and the person was arrested on *(date)* 10/23/25
at *(city and state)* Lake Oswego, OR.

Date: 10/23/25

*Arresting officer's signature*

SA Dan Wunderli
*Printed name and title*