CUSTODY, NRESTRAINT,

# U.S. District Court
# District of Oregon (Portland (3))
# CRIMINAL DOCKET FOR CASE #: 3:25−mj−00310−1

Case title: USA v. Billups                                 Date Filed: 10/23/2025

Other court case number:   1:25−cr−00314−RER−6 Eastern
                           District of New York (Brooklyn)

Assigned to: Unassigned

**Defendant (1)**

**Chauncey Billups**            represented by   **Chris K Heywood**
                                                 Janet Hoffman and Associates
                                                 1000 SW Broadway
                                                 Ste 1500
                                                 Portland, OR 97205
                                                 503−222−1125
                                                 Email: chris@jhoffman.com
                                                 *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*
                                                 *Designation: Retained*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 18:1349 and 3551 − Wire Fraud Conspiracy; 18:1956(h) and 3551 − Money Laundering Conspiracy | |

**Plaintiff**

| | | | |
|---|---|---|---|
| USA | | represented by | **Geoffrey A. Barrow**<br>US Attorney's Office<br>District of Oregon<br>1000 SW Third Avenue<br>Suite 600<br>Portland, OR 97204<br>503−727−1017<br>Fax: 503−727−1117<br>Email: geoffrey.barrow@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |

Email All Attorneys

| Date Filed | # | Docket Text |
|---|---|---|
| 10/23/2025 | 4 | Waiver of Rule 5 & 5.1 Hearings by Chauncey Billups (sb) (Entered: 10/23/2025) |
| 10/23/2025 | 3 | **Minutes of Proceedings**: Initial Appearance pursuant to Rule 5(c)(3) for Arrest in Our District Offense in Another. Proceedings before Magistrate Judge Jolie A. Russo as to Chauncey Billups. Defendant waived preliminary/identity hearing. Waiver filed separately. Defendant advised of rights and waived reading of the charges. Defendant waived a detention hearing and preliminary hearing in this district. Defendant is released on conditions and removed to appear at the Eastern District of New York (Brooklyn) at the United States District Court for the New York Eastern District, 225 Cadman Plaza East, Brooklyn, NY 11201 on 11/24/2025 at 10:00 a.m. Other Court Information: 1:25−cr−00314−RER−6. Order to appear filed separately. Counsel present for Government: Geoffrey Barrow. Retained Counsel present for Defendant: Chris K. Heywood. Restraint Order: NR. (Court Reporter Dennis Apodaca) (pvh) (Entered: 10/23/2025) |
| 10/23/2025 | 2 | Out−of−District Arrest Warrant issued by Eastern District of New York Returned Executed on 10/23/2025 as to Chauncey Billups. (sb) (Entered: 10/23/2025) |
| 10/23/2025 | 1 | Documents Received From Other Court as to Chauncey Billups from Eastern District of New York (Brooklyn) Case No: 1:25−cr−00314−RER−6 (sb) (Entered: 10/23/2025) |

AO 466A (Rev. 12/17) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| United States of America<br>v.<br>Chauncey Billups<br><br>*Defendant* | Case No. 3:25-mj-00310<br><br>Charging District's Case No. 1:25-cr-00314-JMA-CHK |

**WAIVER OF RULE 5 & 5.1 HEARINGS**
**(Complaint or Indictment)**

I understand that I have been charged in another district, the *(name of other court)*   Eastern District of New York

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5) a hearing on any motion by the government for detention;

(6) request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☑ an identity hearing and production of the warrant.

☑ a preliminary hearing.

☑ a detention hearing.

☑ an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district. I request that my
☐ preliminary hearing and/or ☐ detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 10/23/25

*Defendant's signature*

*Signature of defendant's attorney*

*Printed name of defendant's attorney*

```
MIME-Version:1.0
From:info@ord.uscourts.gov
To:nobody
Bcc:
--Case Participants: Geoffrey A. Barrow (caseview.ecf@usdoj.gov,
geoffrey.barrow@usdoj.gov, kelly.borroz@usdoj.gov), Chris K Heywood (chris@jhoffman.com)
--Non Case Participants: U.S. Marshal Service (pdx.operations@usdoj.gov), U.S. Pretrial
Services (cmecf@orpt.uscourts.gov), ad hoc (gary_magnuson@ord.uscourts.gov)
--No Notice Sent:

Message-Id:9110091@ord.uscourts.gov
Subject:Activity in Case 3:25-mj-00310 USA v. Billups Initial Appearance - Out of District
Warrant
Content-Type: text/html
```

# U.S. District Court

# District of Oregon

## Notice of Electronic Filing

The following transaction was entered on 10/23/2025 at 2:20 PM PDT and filed on 10/23/2025

**Case Name:** USA v. Billups
**Case Number:** 3:25–mj–00310
**Filer:**
**Document Number:** 3(No document attached)

**Docket Text:**
**Minutes of Proceedings**: Initial Appearance pursuant to Rule 5(c)(3) for Arrest in Our District Offense in Another. Proceedings before Magistrate Judge Jolie A. Russo as to Chauncey Billups. Defendant waived preliminary/identity hearing. Waiver filed separately. Defendant advised of rights and waived reading of the charges. Defendant waived a detention hearing and preliminary hearing in this district. Defendant is released on conditions and removed to appear at the Eastern District of New York (Brooklyn) at the United States District Court for the New York Eastern District, 225 Cadman Plaza East, Brooklyn, NY 11201 on 11/24/2025 at 10:00 a.m. Other Court Information: 1:25–cr–00314–RER–6. Order to appear filed separately. Counsel present for Government: Geoffrey Barrow. Retained Counsel present for Defendant: Chris K. Heywood. Restraint Order: NR. (Court Reporter Dennis Apodaca) (pvh)

**3:25–mj–00310–1 Notice has been electronically mailed to:**

Geoffrey A. Barrow     geoffrey.barrow@usdoj.gov, CaseView.ECF@usdoj.gov, kelly.borroz@usdoj.gov

Chris K Heywood     chris@jhoffman.com

**3:25–mj–00310–1 Notice will <u>not</u> be electronically mailed to:**

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of New York

USDC OR Case #3:25-mj-00310

| | | |
|---|---|---|
| United States of America<br>v.<br>CHAUNCEY BILLUPS<br><br>_____<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No.  1:25-cr-00314-JMA-CHK |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   CHAUNCEY BILLUPS,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Wire fraud conspiracy, 18 U.S.C. 1349
Money laundering conspiracy, 18 U.S.C. 1956(h)

Date:   10/09/2025

_____
*Issuing officer's signature*

City and state:   Brooklyn, New York

August Marziliano, Chief Deputy
*Printed name and title*

---

### Return

This warrant was received on *(date)* 10/21/2025, and the person was arrested on *(date)* 10/23/25
at *(city and state)* Lake Oswego, OR.

Date: 10/23/25

_____
*Arresting officer's signature*

SA Dan Wunderli
*Printed name and title*